UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| JUSTIN PHILLIP MAY,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF SANTA ANA, MICHAEL HEITMANN, and DOES 2 through 10,<br><br>   Defendants. | Case No.: SACV 17-01750-CJC(KESx)<br><br><br>JUDGMENT |

This action came on for hearing before the Court, on April 8, 2019, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered granting Officer Heitmann qualified immunity,

**IT IS ORDERED AND ADJUDGED** that Plaintiff takes nothing, that his claim for excessive force under 42 U.S.C. § 1983 is dismissed on the merits, and that his remaining claim for state law battery is dismissed without prejudice.

DATED: April 8, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE